# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD RAY GARDNER,<br><br>Defendant. | CR 20-70-BLG-SPW<br><br>**ORDER RE MOTION *IN LIMINE*** |

This matter comes before the Court on Defendant Donald Ray Gardner's motion *in limine* (Doc. 34) to exclude from trial evidence of statements Gardner made during a post-polygraph interrogation on May 7, 2019. Specifically, Gardner argues that the statements are inadmissible because (1) they are irrelevant to the charged crimes; (2) Special Agent Smiedala's tactics in obtaining the statements were coercive and not covered by the *Miranda* waiver Gardner signed prior to the polygraph interview; (3) the statements constitute inadmissible character evidence; and (4) the statements are unfairly prejudicial. (*Id.* at 3-10). The Government responded to Gardner's motion stating, "[t]he United States will not present any evidence elicited from Gardner on May 7, 2019, either through testimony or

1

presentation of the recording and, consequently, does not oppose Gardner's motion." (Doc. 36 at 2).

Therefore, as the motion is unopposed the Court finds good cause to grant the motion.

**IT IS HEREBY ORDERED** that Defendant Donald Ray Gardner's motion *in limine* (Doc. 34) is **GRANTED**.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 19th day of July, 2021.

SUSAN P. WATTERS
United States District Judge