IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD RAY GARDNER,<br><br>Defendant. | Case No. CR-20-70-BLG-SPW<br><br>**ORDER** |

Upon the United States' Unopposed Motion to Dismiss counts V and VI of the second superseding indictment without Prejudice (Doc. 66), and for good cause being shown,

IT IS HEREBY ORDERED that counts V and VI of the second superseding indictment are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 12th day of October, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1