IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  DONALD RAY GARDNER,  Defendant. | CR 20-70-BLG-SPW  ORDER |

IT IS HEREBY ORDERED that all parties in the trial of the above-matter, including counsel, jurors, witnesses, court staff and spectators shall be required to wear a mask throughout the proceedings in this matter, which are set to begin on Monday, October 18, 2021 at 9:00 a.m. The parties shall wear a mask upon entering the James F. Battin U.S. Courthouse.

The Clerk of Court is directed to notify counsel and the Court Security Officers of the making of this Order.

DATED this 15th day of October, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge