UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-20-70 -BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| DONALD RAY GARDNER, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 18th day of October, 2021.

Honorable Susan P. Watters
United States District Judge